June 27, 1979.

417 A.2d 787

Commonwealth v. Alton, Appellant.

Submitted May 7, 1979.

John H. Corbett, Jr., Assistant Public Defender, for appellant; Charles W. Johns, Assistant District Attorney, for Commonwealth, appellee.

Before VAN der VOORT, LARSEN and LAVELLE, JJ.*

Judgments of sentence affirmed.